No. 83–6489.   BLAIR v. PENNSYLVANIA ET AL.   Pa. Commw. Ct.   Certiorari denied.

No. 83–6491.   CLINTON v. ROBLE.   C. A. 3d Cir.   Certiorari denied.

No. 83–6495.   PETTY v. PARKE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 83–6499.   WOODS v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 83–6517.   PUCHALSKI v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 83–6530.   BONNER v. PHILADELPHIA INTERNATIONAL RECORDS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–6534.   HALL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 83–6553.   CASTEEL v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–6563.   MCDONALD v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–6566.   GOMEZ-SOTO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6579.   CRISCO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6582.   FLOYD v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–6588.   ROMAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–859.   MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY v. CLARK.   C. A. 6th Cir.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.